November 19, 2004

Mr. Robert F. Scheihing
Adami Goldman & Shuffield, Inc.
9311 San Pedro, Suite 900
San Antonio, TX 78216

Mr. Christopher W. Martin
Martin Disiere Jefferson & Wisdom, L.L.P.
808 Travis, Suite 1800
Houston, TX 77002-2781
Mr. Robert L. Templeton
Templeton Smithee Hayes Heinrich & Russell, LLP
320 South Polk, Suite 1000-L.B.5
Amarillo, TX 79101

Mr. Levon G. Hovnatanian
Martin Disiere Jefferson & Wisdom, L.L.P.
808 Travis, Suite 1800
Houston, TX 77002

RE: Case Number: 03-0662
 Court of Appeals Number: 07-01-00396-CV
 Trial Court Number: 86,842-E

Style: REPUBLIC UNDERWRITERS INSURANCE COMPANY
 v.
 MEX-TEX, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Medina not sitting)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Peggy Culp |
| |Ms. Cindy |
| |Groomer |